IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHA'LACE REANE' NICOLE GIPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-016 |
| | ) | |
| OFFICE OF APPELLATE OPERATIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff requests a ninety-day extension to review documents and file her brief. However, Defendant has not yet filed an answer or the administrative record, so there is not yet a deadline for Plaintiff to file her brief. The Court **DENIES** Plaintiff's request. (Doc. no. 5-1.) Should she find it necessary, Plaintiff may move for an extension after Defendant has responded to the complaint.

Plaintiff also requests electronic access to filings in this case. Plaintiff may access public filings through www.pacer.gov and may otherwise request digital copies of Defendant's filings directly from Defendant. However, the Court itself will not provide Plaintiff with electronic access to filings in this case. See Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means in Civil and Criminal Cases in the United States District Court for the Southern District of Georgia. To the extent Plaintiff seeks to file electronically, it is the Southern District of Georgia's policy not to allow *pro se* litigants, even those proceeding *in forma pauperis*, to utilize electronic filing. Blochowicz v. Wilkie, No. CV

120-111, 2020 WL 5028224, at *1 (S.D. Ga. Aug. 25, 2020).  The Court **DENIES** Plaintiff's request.  (Doc. no. 5-2.)

Last, Plaintiff failed to include with her motion a certificate stating the date a true and correct copy of the motion was mailed to Defendant's counsel.  Fed. R. Civ. P. 5; Loc. R. 5.1.  Future motions that do not comply with Local Rule 5.1 may be summarily denied.  See Layfield v. Bill Heard Chevrolet Co., 607 F.2d 1097, 1099 (5th Cir. 1979)[1] (holding that failure to comply with the Local Rules may result in summary denial of a motion).

SO ORDERED this 20th day of March, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*), the Eleventh Circuit adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981.